UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV 10-6076 CAS (AJWx) | Date | June 18, 2012 |
| Title | KEVIN SPEAR v. KIP CYPRUS | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(In Chambers:) ORDER DISMISSING CASE WITH PREJUDICE**

## I.      INTRODUCTION

On August 16, 2010, plaintiff Kevin Spear, proceeding *pro se*, filed the instant *qui tam* action pursuant to the False Claims Act, 31 U.S.C. §§ 3729–3733, against several federal contractors.

On April 27, 2012, the Court issued an order to show cause ("OSC") why the case should not be dismissed for plaintiff's failure to retain an attorney.[1]  Dkt. No. 33 (citing Stoner v. Santa Clara Cty Office of Educ., 502 F.3d 1116, 1127–28 (9th Cir. 2007) (holding that "a *pro se* relator cannot prosecute a *qui tam* action on behalf of the United States" under the False Claims Act) and United States ex rel. Lu v. Ou, 368 F.3d 773, 775–76 (7th Cir. 2004) (same)).

Plaintiff filed a response on May 14, 2012, stating that he has not yet retained an attorney but that he is in discussions with Motley Rice LLP to potentially serve as his representation.  Dkt. No. 34.  By order dated May 18, 2012, the Court granted plaintiff thirty days to retain an attorney, and stated that "[f]ailure to do so will result in dismissal of this case for failure to prosecute."  Dkt. No. 35.

---

[1]The Court inadvertently approved plaintiff's request to proceed *pro se* on December 6, 2011.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                    **JS-6**

| Case No. | CV 10-6076 CAS (AJWx) | Date | June 18, 2012 |
|---|---|---|---|
| Title | KEVIN SPEAR v. KIP CYPRUS | | |

Plaintiff has not retained an attorney as of the date of this order.  Accordingly, the case is hereby DISMISSED WITH PREJUDICE.  Fed. R. Civ. P. 41(b); <u>Stoner</u>, 502 F.3d at 1127–28.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | | CMJ | |